# United States Court of Appeals

### For the Eighth Circuit

_____

No. 21-3334

_____

United States of America,

*Plaintiff - Appellee,*

v.

Darron Van Hill,

*Defendant - Appellant.*

_____

Appeal from United States District Court
for the Southern District of Iowa - Central

_____

Submitted: February 10, 2022
Filed: February 28, 2022
[Unpublished]

_____

Before COLLOTON, SHEPHERD, and GRASZ, Circuit Judges.

_____

PER CURIAM.

Darron Van Hill appeals after the district court[1] revoked his supervised release and imposed a term of imprisonment, followed by an additional term of supervised

_____

[1]The Honorable Robert W. Pratt, United States District Judge for the Southern District of Iowa.

release. His counsel has moved to withdraw and has filed a brief challenging the prison sentence as substantively unreasonable.

After reviewing the record under a deferential abuse-of-discretion standard, we conclude the district court did not impose a substantively unreasonable sentence. *See United States v. Miller*, 557 F.3d 910, 917 (8th Cir. 2009) (standard of review). The district court sufficiently considered the relevant statutory sentencing factors and did not overlook a relevant factor, give significant weight to an improper or irrelevant factor, or commit a clear error of judgment in weighing relevant factors. *See* 18 U.S.C. § 3583(e); *Miller*, 557 F.3d at 917. The sentence is below the statutory limits, *see* § 3583(e)(3), and is presumptively reasonable because it is within the applicable policy statement range in the United States Sentencing Guidelines Manual, *see* U.S.S.G. § 7B1.4(a); *United States v. Petreikis*, 551 F.3d 822, 824-25 (8th Cir. 2009).

Accordingly, we affirm the judgment, and we grant counsel's motion to withdraw.

_____